**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2405**

———————

LISA MCLENDON ARBIA,

Plaintiff - Appellant,

versus

OWENS-ILLINOIS, INCORPORATED; DAVID LEINEWEBER;
EUGENE ESCOLAS; TIMOTHY STEBBINS; JACK SHANK,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
District Judge.  (CA-02-111-1)

———————

Submitted:  March 24, 2005          Decided:  March 29, 2005

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lisa McLendon Arbia, Appellant Pro Se.  Jim Odell Stuckey, II,
NELSON, MULLINS, RILEY & SCARBOROUGH, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lisa McLendon Arbia appeals the district court's October 21, 2004, order.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Arbia v. Owens-Illinois, Inc., No. CA-02-111-1 (M.D.N.C. Oct. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

[*]To the extent Arbia seeks to challenge the district court's adverse grant of summary judgment and dismissal of her civil action against Appellees, Arbia's notice of appeal is untimely. Fed. R. App. P. 4(a)(1)(A).